```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 39131
    JUDITH Y SIMS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-4707


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 10/21/2004 and was confirmed 12/09/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 11/17/2008.
------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                   PAID            PAID
------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED         12415.00         1396.43        12415.00
CAPITAL ONE AUTO FINANCE   UNSECURED        4114.95             .00          411.50
AMERICASH LOANS LLC        UNSECURED         446.14             .00           44.61
MONTGOMERY WARDS           NOTICE ONLY    NOT FILED             .00             .00
CAPITAL ONE BANK           UNSECURED      NOT FILED             .00             .00
CASH ADVANCE CORP          UNSECURED      NOT FILED             .00             .00
CASH DOCTOR                UNSECURED      NOT FILED             .00             .00
CASH NET                   UNSECURED      NOT FILED             .00             .00
CCO MORTGAGE               UNSECURED        2697.28             .00          269.73
CHECK N GO                 UNSECURED      NOT FILED             .00             .00
CITY OF CHICAGO PARKING    UNSECURED         200.00             .00           20.00
COMCAST                    UNSECURED      NOT FILED             .00             .00
COUNTY BANK                UNSECURED      NOT FILED             .00             .00
FAST CASH                  UNSECURED      NOT FILED             .00             .00
FAST CASH                  UNSECURED      NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED         700.32             .00           70.03
INSTANT CASH               UNSECURED      NOT FILED             .00             .00
INSTANT CASH               UNSECURED      NOT FILED             .00             .00
ARROW FINANCIAL SERVICES   NOTICE ONLY    NOT FILED             .00             .00
MONTGOMERY WARD            UNSECURED      NOT FILED             .00             .00
ONLINE EXCHANGE            UNSECURED      NOT FILED             .00             .00
PAYDAY ADVANCE             UNSECURED      NOT FILED             .00             .00
PAYDAY ADVANCE             UNSECURED         290.00             .00           29.00
PAYDAY LOANS               UNSECURED      NOT FILED             .00             .00
QUICK PAYDAY LOANS         UNSECURED      NOT FILED             .00             .00
QUICK PAYDAY LOANS         UNSECURED         400.00             .00           40.00
ISAC                       UNSECURED       41203.95             .00         4120.40
SEVENTH AVENUE             UNSECURED      NOT FILED             .00             .00
SONIC PAYDAY COM           UNSECURED      NOT FILED             .00             .00
A ALL FINANCIAL SERVICES   FILED LATE          .00              .00             .00
LEGAL HELPERS PC           DEBTOR ATTY    1,600.00                         1,600.00
TOM VAUGHN                 TRUSTEE                                         1,350.86

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 39131 JUDITH Y SIMS
```

```
DEBTOR REFUND           REFUND                                      4,898.58

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   26,666.14

PRIORITY                                              .00
SECURED                                         12,415.00
     INTEREST                                    1,396.43
UNSECURED                                        5,005.27
ADMINISTRATIVE                                   1,600.00
TRUSTEE COMPENSATION                             1,350.86
DEBTOR REFUND                                    4,898.58
                         ---------------      ---------------
TOTALS                    26,666.14             26,666.14
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE